**BURSOR & FISHER, P.A.**
Julia K. Venditti (State Bar No. 332688)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: jvenditti@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com

**GUCOVSCHI ROZENSHTEYN, PLLC**
Adrian Gucovschi*
630 Fifth Avenue, Suite 2000
New York, NY 10111
Telephone: (212) 884-4230
Email: adrian@gr-firm.com

*Pro Hac Vice Application Forthcoming*

*Attorneys for Plaintiffs and the Putative Class*

*[Counsel for Defendant Listed on Signature Page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUHSON BUSBY, JILL COHEN, and STEPHEN CASNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INVOCA, INC.,<br><br>Defendant. | Case No. 3:24-cv-05542-JD<br><br>**JOINT STATUS UPDATE REGARDING MEDIATION**<br><br>Hon. James Donato |

Plaintiffs Ruhson Busby, Jill Cohen, and Stephen Casner (collectively, "Plaintiffs") and Defendant Invoca, Inc. ("Defendant" or "Invoca") (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby respectfully submit the following Joint Status Update Regarding Mediation.

On May 19, 2025, the Parties participated in a private mediation session before Bruce A. Friedman, Esq., an experienced neutral affiliated with JAMS Los Angeles. The mediation was unsuccessful and the Parties were unable to reach a resolution of this case. While the Parties will continue to discuss resolution in good faith as the case progresses, as appropriate, the Parties respectfully request that the court schedule an initial case management conference.

Dated: May 23, 2025

**BURSOR & FISHER, P.A**.

By:  /s/ Julia K. Venditti

Julia K. Venditti (State Bar No. 332688)
1990 North California Blvd., 9th Floor
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: jvenditti@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese*
1330 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com

**GUCOVSCHI ROZENSHTEYN, PLLC**
Adrian Gucovschi*
630 Fifth Avenue, Suite 2000
New York, NY  10111
Telephone: (212) 884-4230
Email: adrian@gr-firm.com

*Pro Hac Vice Application Forthcoming*

*Attorneys for Plaintiffs and the Putative Class*

| | | |
|---|---|---|
| 1 | Dated: May 23, 2025 | **FENWICK & WEST LLP** |
| 2 | | By:  /s/  Tyler G. Newby |
| 3 | | Tyler G. Newby (State Bar. No. 205790) |
| 4 | | Mary Griffin Sims (State Bar. No. 324073) |
| 5 | | Yvette Chen (State Bar. No. 352696)<br>555 California St., 12th Floor |
| 6 | | San Francisco, CA  94109<br>Telephone: (415) 875-2300 |
| 7 | | Facsimile: (415) 281-1350<br>Email: tnewby@fenwick.com |
| 8 | | mgriffin@fenwick.com<br>ychen@fenwick.com |
| 9 | | |
| 10 | | *Attorneys for Defendant Invoca, Inc.* |

**SIGNATURE ATTESTATION**

Pursuant to N. D. Cal. L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendant.

 /s/ Julia K. Venditti